**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elena Macias,<br><br>            Plaintiff,<br><br>v.<br><br>Mark A Kirkorsky PC,<br><br>            Defendant. | **NO. CV-17-00274-TUC-RCC**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 3, 2018, judgment is entered in favor of Plaintiff in the amount of $14,000, plus all attorney's fees and costs reasonably incurred by Plaintiff in this case, and against Defendant. The amount of fees and costs shall be in an amount negotiated by the parties or, failing agreement of the parties, in an amount to be determined by the Court.

                                                              Brian D. Karth
                                                              District Court Executive/Clerk of Court

July 3, 2018

                                                              s/ B Cortez
                                                      By      Deputy Clerk