IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elena Macias,<br><br>              Plaintiff,<br><br>v.<br><br>Mark A Kirkorsky PC,<br><br>              Defendant. | No. CV-17-00274-TUC-RCC<br><br>**ORDER** |

Pending before the Court is Plaintiff's request for entry of final judgment. Doc. 52. Good cause appearing;

**IT IS HEREBY ORDERED** that the request is granted. The Clerk of Court is directed to enter a final judgment in favor of Plaintiff Elena Macias and against Defendant Mark A. Kirkorsky, P.C. in the amount of $54,998.12.

Dated this 15th day of November, 2018.

Honorable Raner C. Collins
United States District Judge